United States District Court
Southern District of Texas
**ENTERED**
March 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KEVA HOTEL, LP, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:23-CV-00189 |
| MT. HAWLEY INSURANCE COMPANY, | § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice (D.E. 23), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on March 5, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE